# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHANDLER KENNEDY,**

      **Plaintiff,**

**v.**                                                                           **Case No:   6:15-cv-878-Orl-22GJK**

**MILLER'S ALE HOUSE, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on the Renewed Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Doc. No. 27) filed on March 10, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 29), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 18, 2016 (Doc. No. 28), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice is hereby GRANTED to the extent the Court finds the Agreement to be a fair and reasonable resolution of Plaintiff's FLSA claim.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2016.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record